Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>RONG JING<br>USMS# _____   DEFENDANT | CASE NUMBER:<br>2 0 MJ 0 5 2 0 7<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on October 28, 2020 at 6:15  ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC §§ 371, 951(a); 18 USC §§ 371, 2261A(1)(B)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: Mandarin

7. Year of Birth: 1982

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Fernando Basulto

10. Remarks (if any): _____

11. Name: Angelica Lee   (please print)

12. Office Phone Number: 310-595-6353

13. Agency: FBI

14. Signature: /s/ Angelica Lee

15. Date: 10/28/20

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION