## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                            Plaintiff,<br>              vs.<br><br>Rong Jing<br><br><br>                          Defendant. | Western Division<br><br>Case #: 2:20-MJ-05207-1   Out of District<br>Initial App. Date: 10/28/2020   Affidavit<br>Time: 1:00 PM   Custody<br><br><br>Date Filed: 10/28/2020<br>Violation: 18 USC 371 ,951 (a) 18 USC , 371 , 2261 A (1) (B)<br>CourtSmart/Reporter: Miranda Algorri |

| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alicia G. Rosenberg** | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |
|---|---|

**PRESENT:**      Karl Lozada          Reema El-Amamy          Yanyan Liu / Mandarin
                            *Deputy Clerk*                  *Assistant U.S. Attorney*           *Interpreter/Language*

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ removal hearing / Rule 20.

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: John Targowski ☑ Panel, ☑ Appointed, ☑ Poss. Contribution (see separate order).

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Court ORDERS defendant Held to Answer to Eastern District of New York
☑ Warrant of removal and final commitment to issue. October 28, 2020 by Magistrate Judge Alicia G. Rosenberg

☑ Defendant committed to the custody of the U.S. Marshal

☑ Other: No available reporting instructions in the Eastern District of New York

☑ PSA, ☑ FINANCIAL, ☑ READY

                                                                                                   Deputy Clerk Initials: kl
                                                                                                          00 : 20