1  NICOLA T. HANNA
   United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, Criminal Division
   REEMA M. EL-AMAMY (Cal. Bar No. 237743)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0552
7       Facsimile: (213) 894-2927
        E-mail:   Reema.El-Amamy@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

```
                          FILED
                  CLERK, U.S. DISTRICT COURT

                     10/28/2020

                CENTRAL DISTRICT OF CALIFORNIA
                BY:    KL      DEPUTY
```

10                 UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. CR 20-MJ-5207

13         Plaintiff,                  GOVERNMENT'S NOTICE OF REQUEST FOR
                                       DETENTION
14              v.

15  RONG JING,

16         Defendant.

17

18       Plaintiff, United States of America, by and through its counsel

19  of record, hereby requests detention of defendant and gives notice of

20  the following material factors:

21  ☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

22           following grounds:

23      ☐  a.   present offense committed while defendant was on release

24               pending (felony trial),

25      ☐  b.   defendant is an alien not lawfully admitted for

26               permanent residence; and

27

28

1    ☐   c.    defendant may flee; or

2    ☐   d.    pose a danger to another or the community.

3  x  2.    Pretrial Detention Requested (§ 3142(e)) because no

4          condition or combination of conditions will reasonably

5          assure:

6      x   a.    the appearance of the defendant as required;

7      X   b.    safety of any other person and the community.

8  ☐  3.    Detention Requested Pending Supervised Release/Probation

9          Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

10         § 3143(a)):

11     ☐   a.    defendant cannot establish by clear and convincing

12             evidence that he/she will not pose a danger to any

13             other person or to the community;

14     ☐   b.    defendant cannot establish by clear and convincing

15             evidence that he/she will not flee.

16  ☐  4.    Presumptions Applicable to Pretrial Detention (18 U.S.C.

17         § 3142(e)):

18     ☐   a.    Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

19             (46 U.S.C. App. 1901 et seq.) offense with 10-year or

20             greater maximum penalty (presumption of danger to

21             community and flight risk);

22     ☐   b.    offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

23             2332b(g)(5)(B) with 10-year or greater maximum penalty

24             (presumption of danger to community and flight risk);

25     ☐   c.    offense involving a minor victim under 18 U.S.C.

26             §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

27             2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

28

2

2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

☐ d. defendant currently charged with an offense described in paragraph 5a - 5e below, <u>AND</u> defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), <u>AND</u> that previous offense was committed while defendant was on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

X 5. Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

☐ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)), a violation of 18 U.S.C. § 1591, or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

☐ b. an offense for which maximum sentence is life imprisonment or death;

☐ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

☐ d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c

1      if federal jurisdiction were present, or a combination
2      or such offenses;
3    ☐ e.   any felony not otherwise a crime of violence that
4         involves a minor victim or the possession or use of a
5         firearm or destructive device (as defined in 18 U.S.C.
6         § 921), or any other dangerous weapon, or involves a
7         failure to register under 18 U.S.C. § 2250;
8    X  f.   serious risk defendant will flee;
9    X  g.   serious risk defendant will (obstruct or attempt to
10         obstruct justice) or (threaten, injure, or intimidate
11         prospective witness or juror, or attempt to do so).
12   ☐ 6.   Government requests continuance of _____ days for detention
13         hearing under § 3142(f) and based upon the following
14         reason(s):
15
16         _____
17         _____
18         _____
19   //    _____
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

1  ☐  7.   Good cause for continuance in excess of three days exists in

2          that:

3

4          _____

5          _____

6          _____

7          _____

8  Dated: October 28, 2020          Respectfully submitted,

9                                   NICOLA T. HANNA
                                    United States Attorney
10

11                                  CHRISTOPHER D. GRIGG
                                    Assistant United States Attorney
                                    Chief, National Security Division
12

13                                  _____/S/_____

14                                  REEMA M. EL-AMAMY
                                    Assistant United States Attorney

15                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
16

17

18

19

20

21

22

23

24

25

26

27

28