# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | MJ-20-05207 | | Date | October 29, 2020 |
|---|---|---|---|---|

Present: The Honorable **Alicia G. Rosenberg, United States Magistrate Judge**

Interpreter  n/a

| K. Lozada | n/a | Reema El-Amamy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RONG JING | X | X | | John Targowski, Panel | | | X |

**Proceedings:** (IN CHAMBERS) ORDER AMENDING FINAL COMMITMENT AND WARRANT OF REMOVAL

With no objection from the prosecution or defense counsel, the Final Commitment and Warrant of Removal is hereby amended to permit the Federal Bureau of Investigation to remove the defendant, along with a certified copy of the Final Commitment and Warrant of Removal, to the custodian of a place of confinement with the Eastern District of New York, approved by the Attorney General of the United States, where the defendant shall be received an safely kept until discharged in due course of law.

|  |  | 0 | : | 00 |
|---|---|---|---|---|

Initials of Deputy Clerk  kl

cc: United States Marshals Service